933 P.2d 1187

Re in the Matter of Appeal in COCHISE COUNTY JUVENILE NO. JV95000239.

No. CV–96–0502–PR.

Supreme Court of Arizona.

Feb. 26, 1997.

ORDERED: Petition for Review = DENIED.